# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JAMES ROBERT MULLEN, | : | |
| | : | |
| Debtor | : | |
| | : | CASE NO. 5-22-00237-MJC |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Upon consideration of the Debtor's Motion to Deem Bankruptcy Filing Effective as of February 4, 2022, Dkt. # 27 ("Motion"), any objections filed in response thereto, and after a hearing held on May 19, 2022, it is hereby

**ORDERED**, that the Motion is **DENIED** for the reasons as set forth on the record.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 19, 2022